# United States Court of Appeals for the Federal Circuit

July 14, 2006

# ERRATA

Appeal No. 05-1511

## APPLIED COMPANIES V FRANCIS J. HARVEY, SECRETARY OF THE ARMY

Decided:  July 14, 2006                          Precedential Opinion

Please make the following change on the **hard copy only**:

Page 7, line 10: proferred should be "proffered"

Page 8, line 15: F.3d should be "F.2d"